DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
23 JANUARY 2014

| | | | |
|---|---|---|---|
| 549P13 | Bryan Thompson, as Public Administrator of the Estate of Chelsey Powers v. James Gutierrez, Gerardo Garcia, and Fransisco Ramos | 1. Def's (James Gutierrez) PDR Under N.C.G.S. § 7A-31 (COA13-59)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 551P13 | In the Matter of: B.G.A.S., J.J.J.Z.Z.W., K.J.G.W., & J.M.E., minor children | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA13-583) | Denied |
| 555P13 | State v. Tahashi Matthews | 1. Def's NOA Based Upon a Constitutional Question (COA13-277)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied<br><br>**Hudson, J., recused** |
| 556P13 | State v. Timothy John Long | 1. Def's NOA Based Upon a Constitutional Question (COA13-347)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. ---<br><br>2. Allowed<br><br>3. Allowed |
| 558P13 | In the Matter of: Application by Town of Smithfield for Approval of Agreement between Electric Suppliers with Carolina Power & Light Company d/b/a Progress Energy Carolinas, Inc. | 1. Applicant's (Town of Smithfield) PDR Under N.C.G.S. § 7A-31 (COA13-435)<br><br>2. N.C. Association of Electric Cooperatives Conditional Motion for Leave to File Amicus Brief<br><br>3. Electricities of North Carolina, Inc.'s Conditional Motion for Leave to File Amicus Brief<br><br>4. Applicant's (Town of Smithfield) Motion for Withdrawal of Petition for Discretionary Review | 1.<br><br>2.<br><br>3.<br><br>4. Allowed **01/16/2014** |
| 559P13 | State v. Kevin Terod Holland | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1447) | Dismissed |